# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Angel Bazan, | Case No. 2:25-cv-02738-AH-(Ex) |
| Plaintiff, | |
| v. | **FINAL JUDGMENT [JS-6]** |
| Sedgwick Claims Management Services, Inc. *et al.*, | |
| Defendants. | |

For the reasons stated in the separate order of dismissal entered on June 27, 2025, this action is dismissed with prejudice.

This is a final judgment.

Dated: June 27, 2025

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE